STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES PALLITTO, III, DEFENDANT-PETITIONER.

See same case below: 107 *N. J. Super.* 96.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

January 13, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EYVIND CHANDLER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. John J. Francis, Jr.* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

January 13, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THEODORE COLLAS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Steven C. Rother* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

January 13, 1970. Denied.